(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE


FILED
FEB 04 2022
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Damion R. Thomas

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

James T. Vaughn Correctional Center Medical Department, Kristin H. Scott, William Igna, Lisa B. Brooks, Daniel J. Saxton, Matthew Wofford, Captain Dotson, JTVCC Warden, Dr. Kowdash, Dr. Adahl, Physical Therapist "Mary"

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

Civ. Action No. 22-166

(To be assigned by Clerk's Office)

## COMPLAINT
*(Pro Se Prisoner)*

Jury Demand?
☒ Yes
☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Name (Last, First, MI): Thomas, Damion R.

Aliases: 

Prisoner ID #: 749355

Place of Detention: James T. Vaughn Correctional Center

Institutional Address: 1181 Paddock Road

County/City: Kent County, Smyrna    State: DE    Zip Code: 19977

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:  **SCOTT, KRISTIN H.**
Name (Last, First)

**LPN**
Current Job Title

**1181 PADDOCK ROAD**
Current Work Address

**SMYRNA**  **DE**  **19977**
County, City   State   Zip Code


Defendant 2:  **IGNA, WILLIAM**
Name (Last, First)

**NURSE PRACTITIONER**
Current Job Title

**1181 PADDOCK ROAD**
Current Work Address

**SMYRNA**  **DE**  **19977**
County, City   State   Zip Code

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

**Defendant(s) Continued**

Defendant 3: __James T. Vaughn Correctional Center Medical Department__
Name (Last, First)

_____
Current Job Title

__1181 Paddock Road__
Current Work Address

__Smyrna__           __DE__           __19977__
County/City         State           Zip Code

Defendant 4: __Brooks, Lisa B.__
Name (Last, First)

__MRC__
Current Job Title

__1181 Paddock Road__
Current Work Address

__Smyrna__           __DE__           __19977__
County/City         State           Zip Code

DEFENDANT #5:

NAME: SAXTON, DANIEL J.

JOB TITLE: RN

CURRENT WORK ADDRESS: 1181 PADDOCK RD.
SMYRNA, DE, 19977

DEFENDANT #6:

NAME: MATTHEW WOFFORD

JOB TITLE: HSA

CURRENT WORK ADDRESS: 1181 PADDOCK RD.
SMYRNA, DE, 19977

DEFENDANT #7: CAPTAIN DOTSON

    JOB TITLE: UNIT COMMANDER SHU
    CURRENT WORK ADDRESS: 1181 PADDOCK ROAD,
    Smyrna, DE, 19977

DEFENDANT #8: JTVCC WARDEN

    JOB TITLE: WARDEN
    CURRENT WORK ADDRESS: 1181 PADDOCK RD.
    Smyrna, DE, 19977

DEFENDANT #9: DR. KONDASH

    JOB TITLE: PRISON DOCTOR
    CURRENT WORK ADDRESS: 1181 PADDOCK RD.
    Smyrna, DE, 19977

DEFENDANT #10: DR. ADAH

    JOB TITLE: PRISON DOCTOR
    Smyrna, DE, 19977

DEFENDANT #11: Physical Therapist "MARY"

    JOB TITLE: PHYSICAL THERAPIST
    CURRENT WORK ADDRESS: 1181 PADDOCK RD.
    Smyrna, DE, 19977

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## V. STATEMENT OF CLAIM

Place(s) of occurrence: James T. Vaughn Correctional Center

Date(s) of occurrence: 3.24.21, 8.03.21 — Now

State which of your federal constitutional or federal statutory rights have been violated:

10.3 - Right to Medical Aid, 10.3.1 - Violation, 10.3.2 - No Violation, 13.8 - Federal Remedies Civil Suits Against State Officials, 13.8.1 - State Remedies Civil Suits, 8th Amendment Right to be free from cruel and unusual punishment

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

**FACTS:**

*I apologize for poor penmanship, my hand goes numb when I write

In the middle of 2020 I began suffering from an extreme pain in my right hip, I was prescribed Ibuprofen. This pain escalated to numbness and tingling in my whole right side from shoulder blades to arm, all the way down to my right foot in the beginning of 2021. Despite countless sickcalls and pleas to medical personnel for help I was ultimately ignored and left untreated. On August 3rd, 2021 I got into a physical altercation with another inmate where I hit my head on the concrete wall and cell door multiple times. Due to my injury I could not properly defend myself. After smacking my head on the concrete wall and cell door, I was evaluated by medical staff in the

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

**Who did what?**

infirmary, given stitches in my left eye and right hand from being cut by a razor. The 2 lacerations on the right and left side of the back of my head were left untreated and classified as "not that bad" by prison nurses, but ultimately continued to bleed all night long, then eventually stopped bleeding the next afternoon. The only neurological evaluation I was given was in the form of verbal questions — "Do you know your name," "Do you know where you are?" I never once to this day received a CAT scan or MRI test to detect further injury. In the previous year and a half I have been suffering from extreme chronic pain from head to toe, progressively worsening floaters in my vision along with blurred vision, brain fog, trouble concentrating, numbness accompanied by a non-stop dull burning pain from my neck down to my lower back, trouble chewing and swallowing, lethargy, fatigue, memory loss, impaired speech, an unsteady gait, trouble balancing, sleep apnea, and trouble breathing. I am a recovering addict so I do not take any medication. Despite my worsening and now debilitating symptoms I have still not been treated or diagnosed. My condition is continuously

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

**Was anyone else involved?**

NOT BEING TAKEN SERIOUSLY BY MEDICAL STAFF; I DIDN'T SEE THE PRISON DOCTOR FOR THE 1ST TIME UNTIL SEPTEMBER OF 2021. I WAS THEN INFORMED THAT A CONSULT FOR A BRAIN MRI AND C-SPINE MRI WAS APPROVED. THE PRISON'S MEDICAL NURSE PRACTITIONER LIED, BECAUSE ONLY THE BRAIN MRI GOT APPROVED. ON THIS DAY OF JANUARY 15TH 2022, I STILL HAVE NOT BEEN TO GET THAT TEST COMPLETED. ON DECEMBER 23RD, 2021 I DID GET TRANSPORTED TO HAVE THE TEST DONE, BUT IT HAD TO BE RESCHEDULED BECAUSE WE ARRIVED 2 HOURS LATE. I HAD AN X-RAY DONE ON MY BACK MID-2021, THE PAPER NOTIFYING ME OF THE RESULTS WILL BE SUBMITTED AS EVIDENCE, BUT THE PROVIDER WROTE "THERE WERE NO BULGING DISCS, YOUR SPINE IS NORMAL", X-RAYS CANNOT DETECT BULGING OR HERNIATED DISCS. THE PAIN I GO THROUGH DAILY IS UNBEARABLE. MY FAMILY IS THE ONLY REASON I AM ALIVE, I INVOLUNTARY CONTEMPLATE SUICIDE EVERYDAY. I AM SCHEDULED FOR RELEASE IN OCTOBER, 2022 BUT I FEAR THEY ARE TRYING TO POSTPONE MY TREATMENT MALICIOUSLY UNTIL THEN, BUT I FEAR BY THEN IT WILL BE TOO LATE. THIS IS MY LAST PLEA FOR HELP. I COULD HAVE A BRAIN INJURY THAT COULD CAUSE SUDDEN DEATH AND I AM BEING FORCED TO WITHSTAND NEEDLESS PAIN AND SUFFERING DUE TO NEGLIGENCE AND REFUSAL OF TREATMENT.

Page 7 of 10

PG. 4

In multiple meetings with Defendant William Igna, the prison's nurse practitioner, I was not taken seriously and told I was "exaggerating" my symptoms and he continuously refused to see me for sickcalls for months @ a time in the middle of 2021 until I had my grandmother call the prison and she complained to Captain Dotson who @ first was helpful and got me evaluated by a nurse only to send me right back to my cell with no progress made toward treatment. My medical records indicate that the nurse practitioner requested me to be moved to the infirmary to have better access to the prison doctor, that request was never granted which caused a 2-3 week delay before I finally got to see and be evaluated by Dr. Adatt. Now in a previous meeting with William Igna, he told me he was "at the end of his rope" & "his hands ⟶

PG. 5

ARE TIED" AND HE HAS TO "PROTECT HIMSELF NOW", "THE ONLY THING HE CAN DO IS REFER ME TO THE PRISON DOCTOR" (WHICH SHOULD HAVE BEEN DONE MONTHS PRIOR), SO EITHER THE REQUEST WAS NEVER MADE FOR ME TO BE TRANSFERRED, AND HE IS RESPONSIBLE, OR IT WAS MADE TO COVER HIS TRACKS BUT ULTIMATELY DENIED WHICH WOULD MAKE THE WARDEN RESPONSIBLE FOR THE UNNECESSARY DELAY IN MY TREATMENT. KRISTEN H. SCOTT, LESIA B. BROOKS, DANIEL J. SAXTON & MATTHEW WOFFORD WERE MEDICAL STAFF WHO CONDUCTED MY GRIEVANCE HEARINGS MULTIPLE TIMES AND DELIBERATELY IGNORED MY PLEAS FOR HELP, TOLD ME "I'M NOT THE ONLY ONE IN THIS JAIL WITH A MEDICAL PROBLEM" "WE WILL GET TO IT WHEN WE GET TO IT" AND UP-KEPT MY GRIEVANCES TO BE REVISITED UPON COMPLETION OF MRI, X-RAY, CATSCAN TESTS THAT NEVER HAPPENED OR NEVER GOT APPROVED. DR. KONDASAI DENIED THE CONSULT FOR AN MRI OF MY C-SPINE →

PG. 6

Which would have been significantly beneficial to my treatment in detecting the new injury I'm certain I've been suffering from stating the reason for denial was that "patient does not meet criteria". My medical records document the fight that occurred on 8.03.2021 and the injuries I sustained which, if reviewed would have met the criteria but due to his lackadaisical attitude and unprofessionalism I was cheated of a proper chance @ treatment by him not doing a proper investigation into my case and making an impulsive judgement and ignorantly denying my consult for a C-spine MRI. Physical therapist Mary would recommend stretches and workouts that irritate and provoke my injury, making my symptoms worse and tell me I was "weak" because I could not complete them.

PG. 7

No matter how many times I told her they were making my symptoms worse, she would still recommend the same stretches and workouts, even after documenting in my records that she "could not perform a proper evaluation on me due to me being cuffed behind my back for the duration of my visit." Due to her not being able to properly evaluate me and me not receiving any tests to reveal my diagnosis, she blindly constructed a treatment plan for me, but I beg the question, how can you construct someone's treatment plan when you don't know what you are treating?

I am currently housed in the SHU, maximum security, and I'm in my cell for 22½ hours a day, so they are taking advantage of my isolation and covering up their negligence.

PG. 8

In December of 2021 I put in multiple sickcalls requesting to be transferred to the infirmary pending the completion of my MRI, because I fear for my life being in a dangerous environment. With the type of injury I have I cannot properly defend myself and I'm subject to further injury or death. All were unanswered. My security classification of maximum security and being housed in the SHU limits my ability to advocate for myself because I only have access to a phone 3 times a week for 2½ hours each day. They know that which is why these weaknesses are being consistently exploited. I am pleading for help. Please help me.

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

FOR THE PAST 5 MONTHS I'VE BEEN WAITING TO SEE AN EYE DOCTOR BUT HAVE BEEN IGNORED AND MY SYMPTOMS ARE GETTING WORSE BECAUSE THE PRISON'S LAST EYE DOCTOR RESIGNED AND THEY HAVE YET TO HIRE A NEW ONE OR SCHEDULE ME FOR AN OFFSITE CONSULTATION. I'VE FILED SEVERAL GRIEVANCES, ALL HAVE BEEN UPHELD, NEVER DENIED, BUT THEY UPHOLD THEM UNTIL THE COMPLETION OF THE MRI WHICH HAS BEEN RESCHEDULED SEVERAL TIMES AS WELL.

## VI. ADMINISTRATIVE PROCEDURES

WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.

Is there a grievance procedure available at your institution? ☒ Yes ☐ No

Have you filed a grievance concerning the facts relating to this complaint? ☒ Yes ☐ No
If no, explain why not:

Is the grievance process completed? ☒ Yes ☐ No

MULTIPLE TIMES WITHOUT ANY PROGRESS TOWARD TREATMENT.

## VII. RELIEF

State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I FIRST AND FOREMOST NEED THE COURT TO ORDER THE PRISON TO DIAGNOSE AND TREAT MY INJURY TO RELIEVE ME FROM THE WORLD OF PAIN I'VE BEEN LIVING IN, AND I ALSO NEED TO BE COMPENSATED FOR THE UNNECESSARY PAIN AND SUFFERING I WAS INVOLUNTARILY SUBJECTED TO IN THE AMOUNT OF $1,000,000 DOLLARS PLUS COVERAGE OF ALL COURT AND ATTORNEY FEES.

Page 8 of 10

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?   ☒ Yes   ☐ No

If yes, how many?   ONE

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Dawson Thomas vs. Johnson & Johnson Inc. and/or Co.
19-1244
Medical Negligence
Dismissed w/o Prejudice

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

_____

_____

### IX.   PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

__1.15.22__  
Dated

__[signature]__  
Plaintiff's Signature

__Thomas, Damion R.__  
Printed Name (Last, First, MI)

__749355__  
Prison Identification #

__1181 Paddock Road__   __Smyrna__   __DE__   __19977__  
Prison Address            City           State    Zip Code

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

I/M Damian Thomas

SBI# 749355   UNIT 18-A-04

JAMES T. VAUGHN CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE  19977





FILED
FEB 04 2022
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 NORTH KING ST.
WILM, DE, 19801

U.S.M.S. X-RAY